UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11373
_____

JOE BOB JEFFRESS,

Plaintiff-Appellee,

versus

HUNTINGTON RESTAURANTS GROUP,
INC., d/b/a/ DENNY'S,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:98-CV-690-T)

_____

November 11, 1999

Before DAVIS, JONES, and MAGILL[*], Circuit Judges.

EDITH H. JONES, Circuit Judge:[**]

The court has carefully considered this appeal in light of the briefs and pertinent portions of the record. Having done so, we are unable to conclude that the arbitrator's decision was so at odds with the policy or prescriptions of the Americans with Disabilities Act as to violate public policy. United Paperworkers Int'l Union , AFL-CIO v. Misco, Inc., 484 U.S. 29, 108 S.Ct. 364 (1987). We are also unable to modify this court's rule that an arbitration award will not be overturned even if it manifestly

_____

[*] Circuit Judge of the Eighth Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

disregards applicable law.  R.M. Perez v. Welch, 960 F.2d 534, 539-40 (5th Cir. 1992).  In so noting the law, we express no opinion on whether the arbitrator's award exhibited manifest disregard; we hold only that we may not ignore governing circuit authority.  The judgment of the district court is AFFIRMED.